# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**          **PLAINTIFF**

v.          No. 4:19-cr-249-DPM

**BERNARD COOPER**          **DEFENDANT**
Reg. No. 25161-075

## ORDER

Cooper moves to reduce his sentence based on amendments to the Sentencing Guidelines. When he was sentenced, he received two criminal history status points because he was in prison when he committed his new crime. He would receive only one status point under the amended Guidelines. Cooper is now in criminal history category IV. When he was sentenced, his advisory guideline range was 24-30 months. It is now 18-24 months.

While his advisory guideline range is lower, Cooper's motion for a reduced sentence, *Doc. 32*, is denied. The Court already varied down from his old guideline range and imposed an 18-month sentence. All material things considered, the sentence imposed was the just and fair sentence in his case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 June 2024